

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2024

No. 04-23-00287-CV

**IN THE MATTER OF THE ESTATE OF** Eddy Colbert **CARR**

From the County Court At Law No. 2, Guadalupe County, Texas
Trial Court No. 2022-PC-0301
Honorable Kirsten Legore, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER appellee Michael Carr shall recover his costs incurred in this court from appellant Gladys Carr.

We DENY AS MOOT Gladys Carr's motion for en banc reconsideration.

It is so **ORDERED** on November 6, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk